# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-1995

_____

United States of America

*Plaintiff - Appellee*

v.

Joshua Kain Smith

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 15, 2015
Filed: January 4, 2016
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Joshua Smith appeals from the sentence imposed by the District Court[1] after
he pleaded guilty to sex trafficking of an adult and attempted sex trafficking of an

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western
District of Missouri.

adult.  His counsel has moved to withdraw and has filed a brief under <u>Anders v.</u> <u>California</u>, 386 U.S. 738 (1967), arguing that the court erred in imposing restitution of $23,406.  Because Smith did not object to the amount of restitution at sentencing, we review only for plain error.  <u>See</u> <u>United States v. Louper-Morris</u>, 672 F.3d 539, 566 (8th Cir. 2012) (standard of review).  We find no such error.  <u>See</u> 18 U.S.C. § 3663A (requiring the court to order that restitution be made to an identifiable victim if the defendant is convicted of, inter alia, a crime of violence).  We have reviewed the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and we find no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment and grant counsel's motion to withdraw.

_____